# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2015

_____

RESPONSE REQUESTED

_____

No. 15-7035,   <u>Kevin Dahlgren v. Dana Lawhorne</u>
      1:13-cv-01192-CMH-IDD

TO: Cary Citronberg
   John Kenneth Zwerling

RESPONSE DUE: 09/21/2015

Response is required to the motion to dismiss. Response(s) must be filed by the response due date shown in this notice.

RJ Warren, Deputy Clerk
804-916-2702